# United States Court of Appeals

## For the Eighth Circuit

_____

No. 24-2764

_____

Tracie Eudaley

*Plaintiff - Appellant*

v.

Paul Hopkins, Medical Center Director; Ryan Wells; Ashley Lepold; United States Department of Veterans Affairs; Angela Smith; Ryan Maddox; Brenda Norden

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: April 18, 2025
Filed: April 23, 2025
[Unpublished]

_____

Before BENTON, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Tracie Eudaley, a former employee of the Department of Veterans Affairs (VA), appeals following the district court's[1] dismissal of her pro se Federal Tort

---

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

Claims Act and civil rights action against the VA and multiple employees thereof. Having jurisdiction under 28 U.S.C. § 1291, this court affirms. After careful de novo review of the record and the parties' arguments on appeal, this court finds no basis for reversal. *See Coons v. Mineta*, 410 F.3d 1036, 1039 (8th Cir. 2005) (standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B. Appellees' motion to dismiss the appeal is denied as moot.

_____